IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | C/A No.:  3:12-2904-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Terrance L.  Bannister d/b/a Lawn & | ) | |
| Landscape Solutions, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 9, 2012, attorney John F. Martin, on behalf of the United States Small

Business Administration, filed this loan default claim. On January 2, 2013, counsel filed a

returned and executed summons indicating proper service on the defendant on December 18,

2012.  The defendant failed to answer or otherwise respond in the time permitted under the

Federal Rules of Civil Procedure.

On April 10, 2013, counsel for the government filed a request for entry of default and

the Clerk of Court entered default on April 11, 2013.  As of January 18, 2014, counsel has

not moved for default judgment in this action.

Plaintiff's counsel is directed to immediately notify the court, in writing, of the status

of this matter and show cause as to why this action should not be dismissed for failure to

prosecute.

IT IS SO ORDERED.

February 18, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge