IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 3:12-2904-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Terrance L. Bannister d/b/a Lawn & Landscape Solutions, LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

On October 9, 2012, attorney John F. Martin, on behalf of the United States Small Business Administration, filed this loan default claim. On January 2, 2013, counsel filed a returned and executed summons indicating proper service on the defendant on December 18, 2012. The defendant failed to answer or otherwise respond in the time permitted under the Federal Rules of Civil Procedure.

On April 10, 2013, counsel for the government filed a request for entry of default and the Clerk of Court entered default on April 11, 2013. As of January 18, 2014, counsel has not moved for default judgment in this action.

In an order filed February 18, 2014, this court directed counsel to notify the court forthwith and in writing of the status of this matter and show cause as to why this action should not be dismissed for failure to prosecute. As of the date of this order, March 20, 2014, counsel has failed to respond to the court's order.

For the foregoing reasons, the Clerk is directed to vacate the entry of default against the defendant. The Clerk is also directed to dismiss this action without prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

March 20, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge